UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:14-mj-1087-1-BO

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| VS. | : | **ORDER** |
| JOHANNES M. HECKMAN DEFENDANT | : | |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on July 30, 2014, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol.

**IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 2100 Willowcrest Drive, Waxhaw, NC 28173, after July 30, 2014.

This __18__ day of __July__, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE