UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:14-MJ-01087-BO

UNITED STATES OF AMERICA :
:
VS. : **ORDER**
:
JOHANNES M. HECKMANN :
DEFENDANT :

**THIS MATTER** coming on to be heard before the undersigned Judge upon a Motion of the defendant to amend his conditions of probation to allow him to travel internationally for work purposes to Germany and Switzerland, and in the future to travel at the discretion of his Probation Officer.

**IT IS THEREFORE, ADJUDGED ORDERED AND DECREED** that the defendant be allowed to travel internationally to Germany and Switzerland , and in the future at the discretion of his Probation Officer.

This 3rd day of October, 2014.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE